FRANCES McQUADE HAGADORN, Appellant, v. F. HOWARD HAGADORN, Respondent.— The court being of the opinion that the ruling at folio 543 of the record was error, and that the verdict acquitting the defendant of the charge of adultery was against the weight of the evidence, the interlocutory judgment and order are, therefore, reversed on the law and the facts, and a new trial granted, with costs to the appellant to abide the event. All concurred, except Woodward, J., who is of the opinion that the verdict in favor of the defendant was not against the weight of the evidence. The court disapproves of the finding that the defendant is not guilty of adultery.

BERTHA HAUSNER, Respondent, v. NORA E. WICKHAM, Individually and as Executrix, etc., of MYRON WICKHAM, Deceased, Appellant.— Judgment affirmed, with costs, on the opinion of Davis, J., at the Trial Term. (Reported in 105 Misc. Rep. 735.)  All concurred, except John M. Kellogg, P. J., dissenting.

JO INDIAN HUNTING AND FISHING CLUB, INC., a Domestic Corporation, and ARTHUR C. KYLE, Appellants, v. HARRY A. FURMAN and Others, Respondents.— Motion denied.

GERTRUDE LAKOWIZC, an Infant, by ANTHONY LAKOWIZC, Her Guardian ad Litem, Respondent, v. BINGHAMTON RAILWAY COMPANY, Appellant.— Judgment and order reversed, on the ground that the damages are excessive, and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $5,000, in which case the judgment is so modified, and, as modified, judgment and order affirmed, without costs.  All concurred.

WILLIAM LANGWORTHY, Respondent, v. ROY J. HOSLEY, Appellant.— Judgment and order reversed, on the ground that the verdict is against the weight of the evidence, and new trial granted, with costs to the appellant to abide the event.  All concurred.

WILLIAM P. LOGAN, Respondent, v. ALBERT GUGGENHEIM, Appellant.— Judgment reversed, and complaint dismissed, with costs, on the authority of Potts v. Pardee (220 N. Y. 431).  All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of MARY MAHONEY, Widow, on Behalf of Herself and Minor Children, Respondent, for Compensation under the Workmen's Compensation Law, v. TROY GAS COMPANY, Employer, and UTILITIES MUTUAL COMPENSATION INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

MERRYWEATHER GOGGLE COMPANY, Appellant, v. HARRY L. LA VALLE, Respondent.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MELBOURN HALEY, Employee, Respondent, v. THE BOSTON AND ALBANY RAILROAD, Appellant.— Motion granted.

In the Matter of the Judicial Settlement of the Account of SARAH M. ADAMS, as Administratrix, etc., of MARIA SEARS, Deceased.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of ALFRED BATES, Respondent, for Compensation under the